# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| BAE Systems Land & Armaments L.P. | )   ASBCA No. 60665 |
| | ) |
| Under Contract No. W56HZV-07-C-0096 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:     Stephen J. McBrady, Esq.
Terry L. Albertson, Esq.
Crowell & Moring, LLP
Washington, DC

APPEARANCE FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Defense Contract Management Agency
Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 7 March 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60665, Appeal of BAE Systems Land & Armaments L.P., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals